IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | Criminal No.   5:19-CR-88 (GTS) |
| | ) | |
| v. | ) | **Indictment** |
| | ) | |
| **MIRKO RALLI-FALCONI,** | ) | Violation:   8 U.S.C. § 1326(a) |
| | ) | [Illegal Reentry] |
| | ) | |
| | ) | 1 Count |
| | ) | |
| **Defendant.** | ) | County of Offense:   Onondaga |

## THE GRAND JURY CHARGES:

### COUNT 1
### [Illegal Reentry]

On or about February 26, 2019, in Onondaga County in the Northern District of New York, the defendant, **MIRKO RALLI-FALCONI,** an alien who had been removed from the United States, thereafter was found in the United States in Syracuse, New York, without having obtained the express consent of the Attorney General, or his successor, the Secretary of the Department of Homeland Security, to reapply for admission, in violation of Title 8, United States Code, Section 1326(a).

Dated:   March 7, 2019

A TRUE BILL,   **NAME REDACTED

Grand Jury Foreperson

GRANT C. JAQUITH
United States Attorney

By: /s/ Michael D. Gadarian
Michael D. Gadarian
Assistant United States Attorney
Bar Roll No. 517198