

United States Department of Justice

*United States Attorney*
*Northern District of New York*

*100 South Clinton Street, P.O. Box 7198*   *Tel.: (315) 448-0672*
*James M. Hanley Federal Building*   *Fax: (315) 448-0658*
*Syracuse, New York 13261-7198*

March 21, 2019

*Via CM/ECF*

Hon. Thérèse Wiley Dancks
U.S. Magistrate Judge
Federal Building and U.S. Courthouse
P.O. Box 7346
Syracuse, New York 13261-7346

    Re:   *United States v. Ralli Falconi*
           5:19-cr-00088 (GTS)

Dear Judge Dancks:

    Your honor held an initial appearance on the indictment in the above-captioned matter on March 20, 2019 and directed the government to make consular notification if it had not already done so. This letter is to advise the Court that the government made consular notification on February 27, 2019, in connection with the defendant's initial appearance on the criminal complaint that initiated this matter.

                                                   Respectfully,

                                                   GRANT C. JAQUITH
                                                   United States Attorney

                              By:    _____
                                    Michael D. Gadarian
                                    Assistant United States Attorney
                                    Bar Roll No. 517198

c.    Counsel of record (*via CM/ECF*)