UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

-vs-  CASE NO.: 5:19-CR-088 (GTS)

MIRKO RALLI-FALCONI

State of New York )
County of Oneida )

I, Mirko Ralli-Falconi, being duly sworn, depose and say that:

1. I am the defendant in the above-captioned case.

2. On February 26, 2019, I was at the Regional Transportation Center in Syracuse, New York with my wife.

3. On February 26, 2019, my wife and I were waiting in line to board a bus to New York City.

4. Many people were also in line to board the bus, I don't remember how many.

5. An African-American couple was in front of my wife and I in the line.

6. I saw the Border Patrol Agents approach the African-American couple.

7. After they spoke with the African-American couple, the agents approached me and my wife.

8. The Border Patrol Agents spoke to us in English the entire time.

9. I speak mostly Spanish.

10. I only know limited English.

11. The Border Patrol Agents were in full uniform, including their guns at their sides.

12. While we were being questioned, I did not feel free to leave.

13. I was never informed that I did not have to answer their questions.

14. After a few minutes of this questioning, my wife and I were arrested and brought to the Oswego Border Patrol Station.

15. I was questioned at the Oswego Border Patrol Station for several hours before being advised of my Miranda rights.

16. While I was being questioned I thought I had no choice but to answer the questions.

17. After reading Miranda rights in Spanish, that was the first time I realized I had no obligation to speak with the agents.

18. After reading my Miranda rights in Spanish I asked for an attorney and declined to make further statements.

19. This statement written in English was translated into Spanish for me to understand.

I declare under penalty of perjury that the foregoing is true and correct.

April 17, 2019

_____
Mirko Ralli-Falconi

Sworn to me this 17th day of April 2019

_____
Notary Public

JOHN FRANCIS OBRIEN
Notary Public, State of New York
No. 01OB6375642
Qualified in Oswego County
My Commission Expires 05/29/2021